UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

            -against-

HOWARD THOMAS PORTER,
          Defendant.
--------------------------------------------------------x
HOWARD THOMAS PORTER,

     -against-

UNITED STATES OF AMERICA,
          Respondent.
--------------------------------------------------------x

**ORDER**
03 CR 0129 (RJD)
09 CV 2142 (RJD)

DEARIE, District Judge.

       Upon full review of counsel's application for reimbursement pursuant to Section

2.22(C)(2) of the Criminal Justice Act for her representation of defendant Howard Thomas Porter

from June 2008 through January 2010, and all submissions in support of the application, I adopt

the recommendation of Magistrate Judge Cheryl L. Pollak to this court in her thorough and well-

reasoned report dated September 15, 2010, with the following modification. Given the

unfortunate passage of time since the services were rendered, and given in particular counsel's

unsuccessful efforts to have experienced trial counsel appointed for the proceedings before the

district court, I hereby authorize fees and expenses in the total amount of $33,407.

SO ORDERED.

Dated: Brooklyn, New York
       July 27, 2011

                         s/ Judge Raymond J. Dearie

                        RAYMOND J. DEARIE
                        United States District Judge